UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

EDWARD D. DIXON

VERSUS

GREYHOUND LINES, INC., ET AL.

CIVIL ACTION

NO. 13-179-JJB-RLB

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr. dated August 8, 2013 (doc. no. 12) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, because all the named defendants are diverse from plaintiff, the plaintiff's motion to remand (doc. no. 4) is DENIED.

Baton Rouge, Louisiana, this ___ day of September, 2013.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA