UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **EDWARD D. DIXON** | * | CIVIL ACTION NO. 3:13-CV-00179 |
| | * | |
| | * | JUDGE JAMES J. BRADY |
| **VERSUS** | * | |
| | * | MAG. JUDGE |
| | * | RICHARD L. BOURGEOIS |
| **GREYHOUND LINES, INC., ET AL** | * | |
| | * | JURY TRIAL |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel, come defendants, Greyhound Lines, Inc. ("Greyhound"), James Hester ("Hester"), and GLI Corporate Risk Solutions ("GLI") (collectively, "Defendants"), who respectfully request that plaintiff's claims be dismissed on summary judgment, because the evidence proves that Defendants alleged negligent conduct was not the cause-in-fact of plaintiff's injuries. Indeed, plaintiff admits that Defendants' alleged conduct did not cause his injuries but, instead, he was injured solely as a result of the actions of a third party, Southern Tire Mart, LLC, who was changing Greyhound's bus' flat tire.

Moreover, while plaintiff alleges that GLI issued an insurance policy to defendant in this action, GLI is not an insurance company and, thus, did not issue an insurance policy to any party related to this action. Defendants, therefore, respectfully request that this Court grant summary judgment, dismissing plaintiff's claims in their entirety, with prejudice.

Respectfully submitted,

_/s/ Jared A. Davidson_
Paul J. Politz, La. Bar No. 19741
D. Scott Rainwater, La. Bar No. 30683
Jared A. Davidson, La. Bar No. 32419
TAYLOR WELLONS POLITZ & DUHE, APLC
7924 Wrenwood Boulevard, Suite C
Baton Rouge, Louisiana 70809
Telephone: (225) 387-9888
Facsimile: (225) 387-9886

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing has this date been served on all known counsel of record in this proceeding by:

| | | | |
|---|---|---|---|
| ( ) | Hand Delivery | (X) | Prepaid U.S. Mail |
| (X) | Facsimile | ( ) | Federal Express |
| (X) | Electronic Mail-CM/ECF System | | |

Baton Rouge, Louisiana this 30th day of July, 2014.

                                                        */s/ Jared A. Davidson*
                                        TAYLOR, WELLONS, POLITZ & DUHE, APLC